IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROGER LEE THOMAS** | : | CIVIL ACTION NO. 1:11-CV-599 |
| | : | |
| Petitioner | : | **(Chief Judge Kane)** |
| | : | **(Magistrate Judge Blewitt)** |
| v. | : | |
| | : | |
| **JOSEPH NISH** and | : | |
| **WILLIAM RYAN,** *PA State Attorney* | : | |
| *General* | : | |
| | : | |
| Respondents | : | |

## O R D E R

Before the court in the captioned action is an April 4, 2011 report of the magistrate judge. No timely objections have been filed.

Accordingly, upon review of the record and the applicable law, **IT IS HEREBY ORDERED THAT:**

1)  The court adopts the report and recommendation of Magistrate Judge Blewit.

2)  The case shall be transferred to the United States District Court for the Western District of Pennsylvania pursuant to 28 U.S.C. §2241(d).

3)  The Clerk of Court shall close the file.

                                                       *S/ Yvette Kane*
                                                       YVETTE KANE, Chief Judge
                                                       United States District Court
                                                       Middle District of Pennsylvania

Dated: May 2, 2011